# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form: https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26-7304

**Case Name** United States of America v. State of Alaska, et al.

**Counsel submitting this form** E. Bryan Wilson, Assistant U.S. Attorney

**Represented party/parties** United States of America

*Briefly describe the dispute that gave rise to this lawsuit.*

The United States filed a complaint for declaratory and injunctive relief under the National Voter Registration Act and the United States Constitution regarding the presence of a decoy candidate on the ballot that could impact the State of Alaska's United States Senate electoral results.

*Briefly describe the result below and the main issues on appeal.*

Motion to Dismiss granted.

Whether dismissal for lack of standing was proper.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None.

**Signature** s/E Bryan Wilson **Date** 11/09/26

*(use "*s/[typed name]*" to sign electronically-filed documents)*